We'll hear from counsel in the tandem case of Jagotura. Mr. Bryan. Good afternoon, Your Honors. It may please the Court. I represent Mr. Lakotura, and I stand here in the first time in 25 years where I've been able to report to the Court that the parties are in full agreement as to the disposition of the appeal. The 924C conviction? Are you going to save time for rebuttal? I have saved it out of a rule I always save. But I would simply ask the Court if you have any questions at this point. Otherwise, I will rest. You made a powerful argument. Thank you, Your Honors. Ms. Sheehan. Yes, Your Honors. The government is in full agreement, and unless you have any questions, we will also rest. Thanks very much. We'll reserve the decision. Thank you.